IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02608-WDM-MJW

LORNA FOOSHEE, et al.,

Plaintiff(s),

v.

MYLAN PHARMACEUTICALS, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Amend Complaint (docket no. 27), which was filed on June 14, 2005, and to which no opposition was received, is GRANTED, and the tendered Amended Complaint is accepted for filing as of the filing date of this Minute Order.

Date:  July 26, 2005