IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-02608-WDM-MJW

LORNA FOOSHEE, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF DEFENDANT UNITED STATES ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice as to United States of America only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 4, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL